UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMEKA MULLEN,

       Plaintiff,                          Case No. 18-cv-13828

v.                                             Paul D. Borman
                                                   United States District Judge

COMMISSIONER OF                  Patricia T. Morris
SOCIAL SECURITY,                  United States Magistrate Judge

       Defendant.

_____/

**ORDER (1) ADOPTING MAGISTRATE JUDGE MORRIS'S
APRIL 16, 2020 REPORT AND RECOMMENDATION (ECF NO. 17),
(2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
(ECF NO. 15),
(3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
(ECF NO. 13), AND
(4) AFFIRMING THE FINDINGS OF THE COMMISSIONER**

On April 16, 2020, Magistrate Judge Patricia T. Morris issued a Report and Recommendation to Grant Defendant's Motion for Summary Judgment, Deny Plaintiff's Motion for Summary Judgment, and Affirm the findings of the Commissioner in this action challenging the Commissioner's final decision to deny Plaintiff's applications for Disability Insurance benefits and Title XVI Supplemental Security Income benefits. (ECF No. 17, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections

under 28 U.S.C. § 636(b)(1) and E.D. Mich. L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, DENIES Plaintiff's Motion for Summary Judgment (ECF No. 13), GRANTS Defendant's Motion for Summary Judgment (ECF No. 15), and AFFIRMS the findings of the Commissioner.

IT IS SO ORDERED.

                                                  s/Paul D. Borman
                                                  Paul D. Borman
                                                  United States District Judge

Dated: May 26, 2020